IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVIVSION

CHARLES GREEN
ADC #113257                                                                PLAINTIFF

v.                              No. 4:17-cv-422-DPM

STATE OF ARKANSAS                                                          DEFENDANT

## JUDGMENT

Green's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

31 July 2017