IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVIVSION

CHARLES GREEN
ADC #113257                                                                    PLAINTIFF

v.                          No. 4:17-cv-422-DPM

STATE OF ARKANSAS                                                       DEFENDANT

## ORDER

Motion, № 9, denied. Nothing in Green's motion warrants relief under Rule 60(b). The Court stands by its 31 July 2017 Order and Judgment. № 6 at 2; № 7. This case is closed.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 September 2017